UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John R. McNamara,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: 01-938 JMR/SRN

**ORDER GRANTING DEFENDANT LEAVE TO SERVE AND FILE AN AMENDED ANSWER AND COUNTERCLAIM**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** that defendant Hartford Life Insurance Company shall be permitted to amend its answer to plaintiff's complaint to revise the averments of paragraphs 11 and 12, to add the affirmative defense of failure to exhaust administrative remedies, and to assert a counterclaim pursuant to Fed. R. Civ. P. 13.

Dated: September 18, 2001

Susan Richard Nelson
Hon. Susan Richard Nelson
United States Magistrate Judge

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

294190- 1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500