UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John R. McNamara,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: 01-938 JMR/SRN

**ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled, pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 20th, 2002

Honorable James M. Rosenbaum
United States District Court Judge

FILED JUN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUN 24 2002
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John R. McNamara,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: 01-938 JMR/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff John McNamara and defendant Hartford Life Insurance Company, through their attorneys, that the above-entitled action may be, and hereby is, dismissed with prejudice and without costs to any party;

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing this action with prejudice and without costs to any of the parties, without further notice to any of the parties.

Dated: April 25, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Eric C. Tostrud
Eric C. Tostrud #213548
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEY FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Dated: 4/25, 2002

STAPELTON, NOLAN, MACGREGOR & THOMPSON

By: [signature]
Mark M. Nolan
2300 Firstar Center
101 E. Fifth Street
St. Paul, Minnesota 55101

**ATTORNEY FOR PLAINTIFF JOHN R. MCNAMARA**

301784-1